Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000730
28-MAR-2016
08:50 AM

NO. CAAP-15-0000730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEIHUANANI LORENZO and on behalf of ALIANI LORENZO,
ARIAL LORENZO, AIRES LORENZO, JONSTIN LORENZO, JENSTIN LORENZO,
Petitioners-Appellees,
v.
MABEL LI, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1SS15-1-000880)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 9, 2015, Respondent-Appellant Mabel Li (Appellant) filed a notice of appeal;

(2) On December 8, 2015, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before December 18, 2015, and January 18, 2016, respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On February 19, 2016, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on February 29, 2016, for appropriate action, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge